# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA M. CARTER, | ) Case No. CV 13-2699 MRW |
| Plaintiff, | ) |
| | ) JUDGMENT |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: November 18, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE